FILED

APR 7 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   21-15144 |
| Plaintiff-Appellee, | D.C. Nos.   3:19-cv-00656-LRH |
| v. | 3:16-cr-00005-LRH-CLB-1 |
| ANTHONY SCHNEIDER, | District of Nevada, Reno |
| Defendant-Appellant. | ORDER |

Thomas L. Qualls's motion to be relieved as appellant's counsel of record (Docket Entry No. 4) is granted.  *See* 9th Cir. R. 4-1(c).  The Clerk will serve a copy of this order on appellant Anthony Schneider, #53146-048, FCI Phoenix, Federal Correctional Institution, 37910 N 45th Ave., Phoenix, AZ 85086, and will update the docket to reflect that appellant is proceeding pro se.

The motion for appointment of substitute counsel is referred to the panel that will resolve the merits of appellant's request for a certificate of appealability.

FOR THE COURT:

Lisa B. Fitzgerald
Interim Appellate Commissioner
Ninth Circuit Rule 27-7